E-FILED
Friday, 20 February, 2009  11:19:59 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| OVERLAND LEASING GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-1010 |
| ) | |
| WILDWOOD INDUSTRIES, INC., ) | |
| GARY WILDER, and TONI JO WILDER, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On February 6, 2009, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff has brought this litigation alleging that Defendants have failed to perform their obligations under equipment lease and personal guarantee agreements. The Court concurs with the recommendation that any technical default should be vacated, as Defendants have shown good cause for their minimal delay and taken quick action to correct it.

Accordingly, the Court now adopts the Report & Recommendation [#14] of the Magistrate Judge in its entirety.  The Motion for Default Judgment [#10] is DENIED.  The Motion to Vacate Any Technical Default and for Leave to File Answer [#11] is GRANTED, and Defendants' Answer filed on February 5, 2009, will be allowed to stand.  This matter is again REFERRED to Magistrate Judge Cudmore for further proceedings.

ENTERED this 20th day of February, 2009.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge
